United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLIE SANCHEZ,
Plaintiff,

v.

SAN QUENTIN ADA STAFF, et al.,
Defendants.

Case No. 26-cv-02544-EKL

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On May 12, 2026, the Court dismissed the complaint with leave to amend after discussing the deficiencies of the filing. ECF No. 8. The screening order was returned to the Court as undeliverable because Plaintiff was transferred to a different prison. ECF No. 9. On June 1, 2026, the order was sent to Plaintiff at the new prison. The time to file an amended complaint has passed, and Plaintiff has not submitted an amended complaint or otherwise communicated with the Court. The case is DISMISSED without prejudice for failure to state a claim as set forth in the prior order.

**IT IS SO ORDERED.**

Dated: August 13, 2026

Eumi K. Lee
United States District Judge